MICHAEL J. BAKOPOULOS and PHAROS AGENCY, INC., Respondents, v. BANK OF ATHENS TRUST COMPANY and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

MICHAEL J. BAKOPOULOS and PHAROS AGENCY, INC., Respondents, v. BANK OF ATHENS TRUST COMPANY and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

ELIZABETH MEYERSON, Appellant, v. MARY COHEN and ALEX COHEN, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of MAL RUTT for the Dissolution of THE B. & R. TAILORS, INC., a New York Corporation. JAMES BALLETTA, Appellant; MAL RUTT, Respondent.— Order unanimously modified by substituting appellant, James Balletta, as temporary receiver in place of the person named in the order dated February 18, 1941, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Bond of $7,500 is to be filed by James Balletta, and the issue of insolvency is referred to an official referee to take proof and to report to the court at Special Term. No opinion. Settle order on notice. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

SIGISMUND S. GOLDWATER, as Commissioner of Hospitals of the City of New York, v. ABRAHAM M. FISCH.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

AMTORG TRADING CORPORATION v. INSURANCE COMPANY OF NORTH AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermeyer, Dore and Callahan, JJ.

NORBERT ROTHSTEIN v. EDMUND EBLING, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JAMES AMADEI, as Trustee in Bankruptcy of KINGS COUNTY TILE CORPORATION, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BENJAMIN B. AVERY and MANUFACTURERS TRUST COMPANY, as Trustees, etc., of ISAAC W. COKEFAIR, Deceased, and the Construction of the Will. NEW YORK BAPTIST CITY SOCIETY and Others — BENJAMIN B. AVERY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MEYER L. AGIN v. WILLIAM L. ALPERT and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ADOLPH G. ECKSTROM v. MARION TALLEY ECKSTROM.— Motion to resettle order entered March 21, 1941, denied. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.